```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 14908
   ELIZABETH HERNANDEZ
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7492


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 04/15/2004 and was confirmed 07/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   21.49%.

     The case was paid in full 07/09/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
---------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           7100.00           536.28        7100.00
AMERICREDIT FINANCIAL SV  UNSECURED        10831.73              .00        2327.52
AMERICREDIT FINANCIAL SV  UNSECURED             .00              .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY          1380.64              .00        1380.64
INTERNAL REVENUE SERVICE  PRIORITY          3470.84              .00        3470.84
ALLIED INTERSTATE         NOTICE ONLY     NOT FILED              .00             .00
AT&T BROADBAND            UNSECURED       NOT FILED              .00             .00
AT & T WIRELESS           UNSECURED       NOT FILED              .00             .00
SHERMAN ACQUISTION        UNSECURED           150.00             .00           32.31
SHERMAN ACQUISITION       UNSECURED          2338.76             .00          502.55
CITY OF CHICAGO PARKING   UNSECURED          1040.00             .00          223.48
CREDIT PROTECTION         NOTICE ONLY     NOT FILED              .00             .00
NORDSTROM FSB             UNSECURED           447.99             .00           96.26
AT & T BANKRUPCTY         UNSECURED       NOT FILED              .00             .00
ECAST SETTLEMENT CORP     UNSECURED           276.74             .00           59.47
TARGET                    UNSECURED       NOT FILED              .00             .00
ILLINOIS DEPT OF REVENUE  SECURED NOT I     1471.00              .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED          216.80              .00           46.59
INTERNAL REVENUE SERVICE  UNSECURED          7662.81             .00         1646.58
AMERICREDIT FINANCIAL SV  FILED LATE           .00               .00             .00
LEGAL HELPERS PC          DEBTOR ATTY      2,100.00                         2,100.00
TOM VAUGHN                TRUSTEE                                           1,232.48
DEBTOR REFUND             REFUND                                              532.00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 21,287.00

PRIORITY                                  4,851.48
SECURED                                   7,100.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 14908 ELIZABETH HERNANDEZ
```

```
     INTEREST                                              536.28
UNSECURED                                                4,934.76
ADMINISTRATIVE                                           2,100.00
TRUSTEE COMPENSATION                                     1,232.48
DEBTOR REFUND                                              532.00
                                ----------------    ----------------
TOTALS                                21,287.00           21,287.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/29/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                            PAGE   2
       CASE NO. 04 B 14908 ELIZABETH HERNANDEZ